IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., ) <br>       Plaintiff(s), ) <br>   vs. ) <br> ) <br> CHURCH OF HAWAII NEI; ) <br> WALTER ROBERT SCHOETTLE; ) <br> CITY AND COUNTY OF ) <br> HONOLULU; JOHN DOES 1-10; ) <br> JANE DOES 1-10; DOE ) <br> PARTNERSHIPS 1-10; DOE ) <br> CORPORATIONS 1-10; DOE ) <br> ENTITIES 1-10; AND DOE ) <br> GOVERNMENTAL UNITS 1-10, ) <br>       Defendant(s). ) <br> _____ ) | CV 06-00250 JMS-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on July 25, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

//

//

//

Dockets.Justia.com

IT IS HEREBY ORDERED AND ADJUDGED that this case is remanded back to the Circuit Court of the First Circuit in Hawaii and the Clerk of the Court is instructed to close the case file.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2006.



_____
J. Michael Seabright
United States District Judge

cc: all parties of record

*Countrywide Homes Loans, Inc. vs. Church of Hawaii Nei, et al.*; 06CV00250-JMS/LEK; Order Adopting Magistrate's Findings and Recommendations